**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*******************************

UNITED STATES OF AMERICA

- against -

TONY REAM

*******************************

25-MJ-164 (SIL)
Docket Number

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Charles P. Kelly, AUSA
Firm Name:______________
Address: 610 Federal Plaza
Central Islip, NY 11722
Phone Number: 631-715-7866
E-Mail Address: charles.kelly2@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
**If yes, state description of document to be entered on docket sheet:**

______________________________

______________________________

______________________________

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:______________
Judge/Magistrate Judge:______________
Date Entered:______________

**B) If a <u>new</u> application,** the statute, regulation, or other legal basis that authorizes filing under seal

______________________________

______________________________

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Central Islip, NEW YORK
5/7/2025

/s/ STEVEN I. LOCKE

**<u>U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE</u>**

RECEIVED IN CLERK'S OFFICE 5/7/2025
DATE

**<u>MANDATORY CERTIFICATION OF SERVICE</u>:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

5/7/2025
DATE

/s/ Charles P. Kelly
SIGNATURE