

THE LAW OFFICES OF
# RAYMOND C. BAIERLEIN, PLLC

85 WEST MAIN STREET, SUITE 301
BAY SHORE, NEW YORK 11706

TEL/FAX: (631) 824-1252
CELL: (516) 205-5365

RAY@RCBLAWFIRM.COM

March 25, 2026

<u>FILED VIA ECF</u>
Judge Sanket J. Bulsara
U.S. District Court
Eastern District of New York (Central Islip)
100 Federal Plaza,
Central Islip, New York 11722
(631) 712-6000

> Re:   *Request for Continuance of Sentencing Hearing*
>        United States of America v. Tony Ream
>        25-cr-179

Raymond C. Baierlein, Esq., retained counsel for the defendant, Tony Ream, respectfully moves this Honorable Court to continue the Sentencing Hearing presently scheduled for April 16, 2026, at 2:00 p.m.

The defense sentencing memorandum is due on March 26, 2026, as per the Judge Bulsara's Individual Rules and Practices which require submission of same twenty-one (21) days prior to the Sentencing date. Unfortunately, there was some difficulty transferring this case from The Alber Firm, P.C. to my office individually, causing delay in the ability to review the case file and effectively prepare the sentencing memorandum. Further, there were technical difficulties accessing my PACER account in order to utilize the CM/ECF database to file our Motion for Substitution of Counsel (ECF # 24).

In furtherance, I will be engaged on a Murder trial in Dutchess County Court on the matter of People v. Thomas Case (IND-70023-25/001) beginning April 20, 2026, which is expected to last three (3) weeks. For the reasons listed above, I respectfully request that the Sentencing be continued to May 28, 2026, May 29, 2026, June 1, 2026, or June 2, 2026.

I have conferred with AUSA Charles Kelly, and he consents to this request for continuance.

Respectfully Submitted,

_____
Raymond C. Baierlein, Esq.
85 West Main Street, Suite 301,
Bay Shore, New York 11706
Tel: (631) 824-1252
Cell: (516) 205-5365
Email: ray@rcblawfirm.com

Cc:   AUSA Charles Peter Kelly (by ECF)
      Clerk of the Court (SJB) (by ECF)